**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

MARIBEL DEL CARMEN                          CIVIL ACTION NO. 26-1254
LUZARDO DE CHACIN

VERSUS                                      JUDGE S. MAURICE HICKS, JR.

MARKWAYNE MULLIN, ET AL.                    MAGISTRATE JUDGE LEBLANC

**ORDER**

Based on the reasons explained in the accompanying Memorandum Ruling,

Petitioner Maribel Del Carmen Luzardo De Chacin's Motion for a Temporary

Restraining Order (Record Document 2) is **GRANTED IN PART and DENIED IN PART**.

The Motion is **GRANTED** to the extent that it requests expedited consideration of

the Habeas Petition. This matter is **REFERRED** to the Magistrate Judge for setting

expedited briefing deadlines.

The Motion is **DENIED** in all other respects.

**IT IS SO ORDERED.**

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 23rd day of April, 2026.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT