## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

**MARIBEL DEL CARMEN LUZARDO DE**

**CHACIN**                                                        **CIVIL ACTION NO. 3:26-cv-01254**

**VERSUS**                                                         **JUDGE S. MAURICE HICKS, JR.**

**MARKWAYNE MULLIN ET AL**                    **MAGISTRATE JUDGE LEBLANC**

### MEMORANDUM ORDER

Before the court is a petition for writ of habeas corpus [doc. 1, as amended by doc. 7] filed pursuant to 28 U.S.C. §2241 by *pro se* petitioner Maribel Del Carmen Luzardo De Chacin ("Petitioner").  Petitioner is presently in the custody of ICE, detained at the Richwood Correctional Center in Richwood, Louisiana.  On April 23, 2026, Petitioner's Motion for Temporary Restraining Order [doc. 2] was granted in part and this matter was referred to the undersigned for issuance of an expedited briefing schedule. Doc. 4.  Accordingly,

To the extent the petition has not been served, **IT IS ORDERED** that the Clerk of Court shall serve a summons, a copy of the petition [doc. 7], and a copy of this order by certified mail on the United States through the United States Attorney for the Western District of Louisiana, the United States Attorney General, DHS/ICE through its general counsel, and the Warden of the Richwood Correctional Center. The Clerk of Court is INSTRUCTED that Shannon Smitherman with the U.S. Attorney's Office is to be provided a copy of this Order via email and granted access to the Petition for Writ of Habeas Corpus [doc. 7] and the docket in this matter.

**IT IS FURTHER ORDERED** that Respondents file an answer to the petition [doc. 7] within either 60 days after service of the petition or 21 days after the date of this Order, whichever date shall first occur.  Petitioner shall have 7 days to reply.  After the record is complete and delays have run, the court will determine if genuine issues of material fact exist, which preclude summary judgment and necessitate an evidentiary hearing. If no hearing is necessary, a Report and Recommendation will be issued without further notice.

**THUS DONE AND SIGNED** in chambers this 29th day of April, 2026.

_____
THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE